IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3240 |

-----

| | | |
|---|---|---|
| M.M. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3241 |

-----

| | | |
|---|---|---|
| E.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3243 |

-----

| | | |
|---|---|---|
| A.S. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3247 |

ORDER

AND NOW, this 25th day of March, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant to dismiss the complaints for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.