```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M.C.                              :      CIVIL ACTION
                                  :
        v.                        :
                                  :
ANTHONY MARK BIANCHI              :      NO. 09-3240
```

JUDGMENT

AND NOW, this 18th day of May, 2011, judgment by default is entered in favor of the plaintiff M.C. and against defendant Anthony Mark Bianchi as to liability.

BY THE COURT:

/s/ Harvey Bartle III
C.J.