IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3240 |

-----

| | | |
|---|---|---|
| M.M. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3241 |

-----

| | | |
|---|---|---|
| E.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3243 |

-----

| | | |
|---|---|---|
| A.S. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3247 |

THIRD SCHEDULING ORDER

AND NOW, this 7th day of July, 2011, following a telephone conference in the above cases, it is hereby ORDERED that:

(1) Any attorney seeking fees shall file and serve on or before July 22, 2011 a motion accompanied by a supporting brief;

(2) All fact discovery related to the issue of attorneys' fees shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to,

discovery will be served, noticed and completed by August 31, 2011;

(3) Any briefs in response to the motions for attorneys' fees shall be filed and served on or before September 12, 2011;

(4) Any reply briefs shall be filed and served on or before September 23, 2011; and

(5) The court will decide at the completion of briefing whether an evidentiary hearing will be necessary.

BY THE COURT:

/s/ Harvey Bartle III
J.